# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 485 MAL 2023

Respondent

:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

v.  :

TROY ANSON SCHWEIGER,  :

Petitioner  :

COMMONWEALTH OF PENNSYLVANIA,  :  No. 486 MAL 2023

Respondent

:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

v.  :

TROY ANSON SCHWEIGER,  :

Petitioner  :

COMMONWEALTH OF PENNSYLVANIA,  :  No. 487 MAL 2023

Respondent

:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

v.  :

TROY ANSON SCHWEIGER,  :

Petitioner  :

COMMONWEALTH OF PENNSYLVANIA,  :  No. 488 MAL 2023

Respondent

:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

v.  :

TROY ANSON SCHWEIGER,             :

             Petitioner          :

**<u>ORDER</u>**

**PER CURIAM**

         **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.